Legal Letter Motion for Extension of Time
to File Appeal Brief in Bankruptcy Case

To : Federal judge William F. Kuntz
United States District Court for the Eastern District of Court
225 Cadman Plaza East
Brooklyn, New York 11201

From : Daniel Bernardin
27 Hendrickson Avenue Apt B
Hempstead, New York 11550

Date : February 24, 2021

Re : Daniel Bernardin Case No. 2:21-cv-00382-WFK
Interlocutory Bankruptcy Appeal for Case No. 8-15-72628-reg

Dear Federal judge William F. Kuntz:

New York State )
 )ss.:
Nassau County )

I, Daniel Bernardin make this **Affidavit In Support of Notice of Motion for Extension of Time Until Least March 05, 2021** certifies and affirms that the following is true and correct:

1. I, Daniel Bernardin am familiar with the facts and circumstances of this case and hereby moves this Court at 9:30 a.m. on the _24_ day of _February_ 2021 at United States District Court for the Eastern District of Court, 225 Cadman Plaza East, Brooklyn, New York 11201 for an Order granting Appellant Daniel Bernardin an extension of time until at least March 05, 201 due to the illness of severe chest pain from contested heart failure and where I having very difficult time breathing due to me suffering from COPD and Asthma and emphysema requiring me to be on constant oxygen from an oxygen tank right now. I am ill now and bed ridden and cannot talk or move around without causing severe pain; further I am a disabled 74 year old senior citizen suffering from three very serious chronic illnesses right now.

2. Therefore, I am requesting a short extension of time until at least March 05, 2021 time for my health to improve when I am more alert and conscious and where able to fight the case and file my Appeal brief. Further, I the Defendant Daniel Bernardin have not requested any prior adjournments or extensions of time from this Court in this case to date.

Wherefore, I am requesting this motion be granted and the Court make its ruling based on findings of fact and conclusions of law and in the interest of justice.

Respectfully submitted,

*Bernardin* (signature)

Defendant Daniel Bernardin acting as his own lawyer
27 Hendrickson Avenue – Apt B
Hempstead, New York 11550

Sworn to before me this 24
day of February, 2021

_____
Notary Public

cc: See attached Affidavit of Service of this Letter Motion for an Extension of time to file Appeal brief served on all Appellees

2

## Affidavit of Service

U.S. District Court Eastern of New York Case No.: 2:21-cv-00382 WFK

New York State)
             )ss.:
Nassau County )

I, **Nehemiah Rolle, Jr** being duly sworn deposes and says: On **24** day of **February**, 2021 I, Nehemiah Rolle, Jr., Personally served on behalf of Appellant Daniel Bernardin copies of **Letter Motion for Extension of Time to file his Appeal Brief** by U.S. Postal Priority Mail Signature Confirmation on the attorney for EXR LLC, The Margolin & Weinreb Law Group LLP, 165 Eileen Way, Syosset, New York 11791 and the attorney for Retained Realty, LLC, Georgia Papazia 118-35 Queens Blvd, 9th floor, Forest Hills, New York 11375 and on Emigrant Bank, 5 East 42nd Street, New York, New York 10017 and on EXR LLC 169 9W Ste A, Haverstraw, New York 10927 and by personal service on the Clerk of the Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201

_____
Deponent

Sworn to before me this
**24** day of **February**, 2021

_____
Notary Public

[Notary Seal: Darren Mathew Gonzalez, Notary Public, State of New York, No. 01GO6...., Qualified in Nassau County, Comm. Exp. 05-22-2021]