JS-44C/EDNY (Rev. 3/9/2018)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)

## I. (a) PLAINTIFFS
In Re Daniel Bernardin

Appellant Daniel Bernardin

(b) Attorneys (Firm Name, Address, and Telephone Number)
Daniel Bernardin - Acting As His Own Lawyer
27 B Hendrickson Avenue
Hempstead, New York 11550

## DEFENDANTS
Appellees
EXR LLC
Appeared in Bankruptcy as Retained Realty LLC not Retained Realty, Incorporated please correct
Emigrant Bank

Attorneys (If Known)
The Margolin & Weinberg Law Group, LLC, 165 Eileen Way, Suite 101, Syosset, NY 11791 & attorney Georgia Papzias, 118-35 Queens 9th Floor, Forest Hills, NY 11375 & Emigrant Bank no appearance made

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITING A BRIEF STATEMENT OF CAUSE) (DO NOT CITE JURISDICTION STATUTES UNLESS DIVERSITY)

Appeal from Bankruptcy Court EDNY pursuant to Title 28 USC Section 158

## V. ORIGIN (Place an "X" in One Box Only)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | | PERSONAL PROPERTY | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE Robert E. Grossman
DOCKET NUMBER 8-15-72628-reg BK Ct.

DATE 03/01/2021
SIGNATURE OF ATTORNEY OF RECORD
Bernardin

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE 12:6 Hd MAG. JUDGE_____

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 50.1(d)(2)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?
☐ Yes  ☑ No

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?  ☑ Yes  ☐ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?
☑ Yes  ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received: Nassau County ▼.

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?  ☐ Yes  ☐ No
*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐ Yes  ☐ No

Are you currently the subject of any disciplinary action(s) in this or any other state or federal court?

☐ Yes *(If yes, please explain)*  ☐ No

---

I certify the accuracy of all information provided above.
Signature: *[signature]*

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Daniel Bernardin | Social Security number or ITIN: xxx-xx-1626 |
| | First Name   Middle Name   Last Name | EIN: __-_____ |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ EIN: __-_____ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 7   6/19/15 |
| Case number: | 8-15-72628-reg | |

# NOTICE OF APPEAL DEFICIENCY NOTICE

**To:** Daniel Bernardin

The Notice of Appeal filed by you on **January 21, 2021**, was deficient in the following respects(s):

☑   Civil Cover Sheet Not Submitted.

☐   Other:

Dated: January 22, 2021

For the Court, Robert A. Gavin, Jr., Clerk of Court

BLappealdef1.jsp [Notice of Appeal Deficiency Notice rev. 02/24/2020]

United States Bankruptcy Court
Eastern District of New York

In Re:

Daniel Bernardin
27 B Hendrickson Avenue
Hempstead, NY 11550

Case No. 8-15-72628-reg
Chapter 7

<u>**Notice of Interlocutory of Appeal**</u>
**of Bankruptcy judge Robert E. Grossman's Denial of Petitioner Daniel Bernardin's Emergency Order to Show Cause Application Requesting A Stay or Restraining Order Until this OSC Motion and the Motion to Vacate state Court judge Anna Z. Anzalone's False and Fraudulent Order and judgement dated 04/02/2018 and entered on 04/18/2018 and state Court judge Dicca T. Pineda-Kirwan's False and Fraudulent Order and judgment dated 11/06/2020 and entered on 11/12/2020 is Fully Adjudicated with a T.R.O. on the Eviction Order dated 06/04/2018 and Writ of Assistance to Nassau County Sheriff to evict the Petitioner Daniel Bernardin**

Social Security Number
xx-xx-1626

Debtor(s)

Please take notice that the petitioner Daniel Bernardin in the above-entitled Federal Bankruptcy case the Petitioner Daniel Bernardin appeals via interlocutory appeal the Order of Bankruptcy judge Robert E. Grossman dated December 30, 2020 denying the Petitioner Daniel Bernardin's **Emergency Order to Show Cause Application Requesting A Stay or Restraining Order Until this OSC Motion and the Motion to Vacate state Court judge Anna Z. Anzalone's False and Fraudulent Order and judgement dated 04/02/2018 and entered on 04/18/2018 and state Court judge Dicca T. Pineda-Kirwan's False and Fraudulent Order and judgment dated 11/06/2020 and entered on 11/12/2020 is Fully Adjudicated with a T.R.O. on the Eviction Order dated 06/04/2018 and Writ of Assistance to Nassau County Sheriff to evict the Petitioner Daniel Bernardin** to the appropriate United States District Court (Eastern District of New York) or Bankruptcy Appellate Panel as soon as possible for hearing and adjudication and granting of the Petitioner Daniel Bernardin's **Emergency**

1

Order to Show Cause Application Requesting A Stay or Restraining Order Until this OSC Motion and the Motion to Vacate state Court judge Anna Z. Anzalone's False and Fraudulent Order and judgement dated 04/02/2018 and entered on 04/18/2018 and state Court judge Dicca T. Pineda-Kirwan's False and Fraudulent Order and judgment dated 11/06/2020 and entered on 11/12/2020 is Fully Adjudicated with a T.R.O. on the Eviction Order dated 06/04/2018 and Writ of Assistance to Nassau County Sheriff to evict the Petitioner **Daniel Bernardin** based on the facts and law and *United States Bankruptcy Laws*. I, the Petitioner Daniel Bernardin has paid the required Court fees for full due process of this Notice of Interlocutory Appeal; appealing Bankruptcy judge Robert E. Grossman's denial of Stay or Restraining from Eviction of 74-year-old disabled senior citizen suffering from COPD and Asthma and emphysema requiring me to be on constant oxygen from an oxygen tank right now and contested heart failure along chronic medical illnesses.

Dated: 01/21/2021

Petitioner Daniel Berndarin
27 B Hendrickson Avenue
Hempstead, New York 11550

**Affidavit of Service**

U.S. Bankruptcy Court Eastern District of New York Case No. 8-15-72628-reg

New York State)
                )ss.:
Nassau County )

I, _Nehemiah Rolle, Jr_ being duly sworn deposes and says:

On _21_ day of _January_, 2021 I, Nehemiah Rolle, Jr personally served on behalf of Petitioner Daniel Bernardin copies of the **Notice Motion of Interlocutory of Appeal of Bankruptcy judge Robert E. Grossman's Denial of Petitioner Daniel Bernardin's Emergency Order to Show Cause Application Requesting A Stay or Restraining Order Until this OSC Motion and the Motion to Vacate state Court judge Anna Z. Anzalone's False and Fraudulent Order and judgement dated 04/02/2018 and entered on 04/18/2018 and state Court judge Dicca T. Pineda-Kirwan's False and Fraudulent Order and judgment dated 11/06/2020 and entered on 11/12/2020 is Fully Adjudicated with a T.R.O. on the Eviction Order dated 06/04/2018 and Writ of Assistance to Nassau County Sheriff to evict the Petitioner Daniel Bernardin** by U.S. Postal Priority Mail Signature Confirmation on the Attorney for EXR LLC, The Margolin & Weinreb Law Group LLP, 165 Eileen Way, Syosset, New York 11791 and on the attorney for Retained Realty, Incorporated, Howard S. Levine 118-35 Queens Blvd, 9th Floor, Forest Hills, New York 11375 and on Emigrant Bank, 5 East 42nd St, NY, NY 10017 and on EXR LLC, 25 Pearlman Drive, Station 23-2, Spring Valley, New York 10977 and on Retained Realty Incorporated 5 East 42nd Street, New York, NY 10017 by personal service on the Clerk of the Court for U.S. Bankruptcy Court Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722.

_Nehemiah Rolle_
Deponent

Sworn to before me this
_21_ day of _January_, 2021

_____
Notary Public

From: Daniel Bernardin
21B Hendrickson Avenue
Hempstead, NY 11550
Federal Case No. 2:21-cv-0032-WFK

Clerk of the Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

